|  |  |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | **Michele M. Johnston aka Michele Johnston** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: **MIDDLE** District of: **PA** (State) | |
| Case number | **5:14-bk-01126-RNO** |

Form 4100R
# Response to Notice of Final Cure Payment   10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 c/o Select Portfolio Servicing, Inc.

**Court claim no.** (if known): **14**

**Last 4 digits** of any number you use to identify the debtor's account: **1 6 7 3**

**Property address:** **1016 Fairfield Street**
Number    Street

**Scranton**    **PA**    **18509**
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    **07/01/2019**
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _____
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page **1**

Case 5:14-bk-01126-RNO    Doc 102    Filed 05/07/19    Entered 05/07/19 10:22:25    Desc
Main Document    Page 1 of 3

| Debtor 1 | **Michele M. Johnston aka Michele Johnston** | Case number (*if known*) **5:14-bk-01126-RNO** |
|---|---|---|
| | First Name    Middle Name    Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Danielle Boyle-Ebersole, Esquire        Date  05/07/2019
Signature

| Print | Danielle Boyle-Ebersole, Esquire | Title | Attorney |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

Company  Hladik, Onorato & Federman, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  298 Wissahickon Avenue
         Number        Street

         North Wales, PA 19454
         City              State    ZIP Code

Contact phone  ( 215 ) 855 – 9521      Email debersole@hoflawgroup.com

| | |
|---|---|
| In Re:<br>Michele M. Johnston aka Michele Johnston<br>   Debtor<br><br>Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2<br>c/o Select Portfolio Servicing, Inc.<br>   Movant<br><br>   vs.<br>Michele M. Johnston aka Michele Johnston<br>   Debtor/Respondent<br>   and<br>Charles J DeHart, III, Esquire<br>   Trustee/Respondent | : Bankruptcy No. 5:14-bk-01126-RNO<br>: Chapter 13 |

## CERTIFICATE OF SERVICE

 I, Danielle Boyle-Ebersole, Esquire, hereby certify that on **05/07/2019**, I have served a copy of this **STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT** and all attachments to the following by U.S. Mail, postage pre-paid and/or via filing with the US Bankruptcy Court's CM ECF system.

Tullio DeLuca, Esquire
Via ECF
*Attorney for Debtor*

Charles J DeHart, III, Esquire
Via Electronic Filing
*Trustee*

Michele M. Johnston
1016 Fairfield St.
Scranton, PA 18509
Via First Class Mail
*Debtor*

              /s/Danielle Boyle-Ebersole, Esquire
              Danielle Boyle-Ebersole, Esquire
              Hladik, Onorato & Federman, LLP
              Attorney I.D. # 81747
              298 Wissahickon Avenue
              North Wales, PA 19454
              Phone 215-855-9521
              Email: debersole@hoflawgroup.com